# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JOHN ALFRED AIKEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV410-226 |
| ) | |
| CHRISTOPHER R. REED, TONY ) | |
| MITCHNER, SHAWN FIELDS, JEFF ) | |
| DAWSON, JERALD BRINKLEY, and ) | |
| LIBERTY COUNTY SHERIFF'S ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

On October 8, 2010, the Court denied civil rights plaintiff John Alfred Aiken's motion for leave to proceed *in forma pauperis* ("IFP") in this 42 U.S.C. § 1983 case. (Doc. 4.) The Court advised him that it would dismiss his case if he failed to either submit the Court's $350 filing fee or supplement his IFP showing with an additional writing, signed under penalty of perjury, within 14 days of the Order. (*Id.* at 2.) He did not do so. Accordingly, this case should be **DISMISSED**. S.D. Ga. LR 41.1 ("the assigned Judge may, after notice to counsel of record, *sua sponte*, or on motion of any party, dismiss any action for want of

prosecution, with or without prejudice" for "[w]illful disobedience or neglect of any order of Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness"); *see also Collins v. Lake Helen, L.P.*, 249 F. App'x 116, 120 (11th Cir. 2007), *citing Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-30 (1962); *Mingo v. Sugar Cane Growers Co-op. of Fla.*, 864 F.2d 101, 102 (11th Cir.1989).

**SO REPORTED AND RECOMMENDED** this  10th  day of November, 2010.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA