# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JOHN ALFRED AIKEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV410-226 |
| CHRISTOPHER R. REED, TONY MITCHNER, SHAWN FIELDS, JEFF DAWSON, JERALD BRINKLEY, and LIBERTY COUNTY SHERIFF'S DEPARTMENT, | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 22ND day of DECEMBER, 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA